Barton

# UNITED STATES DISTRICT COURT
### DISTRICT OF Mass

Joseph Marion Heac Junior
Plaintiff
Stonie Ones, Defendant
David L. Linn, Defendant

Defendant

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, Joseph Marion Heac Junior, declare that I am the (check appropriate box)
☒ Petitioner/plaintiff/movant    ❏ Other

In the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ❏ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Fed. Med. Center Devens

   Are you employed at the institution? No    Do you receive any payment from the Institution? No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at lest the past six months' transactions.

2. Are you presently employed?    ❏ Yes    ☒ No

   a. If the answer is "yes," state the amount of your take home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of your take home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 months have you received any money from any of the following sources?    See Prison and Court Records

   a. Business, profession or other of self-employment    ❏ Yes    ❏ No
   b. Rent payments, interest or dividends    ❏ Yes    ❏ No
   c. Pensions, annuities or life insurance payments    ❏ Yes    ❏ No
   d. Disability or workers compensation payments    ❏ Yes    ❏ No
   e. Gifts or inheritances    ❏ Yes    ❏ No
   f. Any other sources    ❏ Yes    ❏ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings account?  ☐ Yes  ☐ No

   If "Yes" state the total amount _See Prison and Court Records_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☐ No  _See Prison and Court Records_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _None_

I declare under penalty of perjury that the above information is true and correct.

_3-26-04_  
DATE

_Joseph Marion Hand Junior_  
SIGNATURE OF APPLICANT

_Order Fed. Med. Center Devens Provide This Information_

### CERTIFICATE

(Incarcerated applicants only)  
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution) _____

I further certify that the applicant has the following securities to his/her credit _____

_____. I further certify that the past six months the applicant's average balance was _____

DATE                SIGNATURE OF AUTHORIZED OFFICER