## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil No. __04-40042__

Title: __Head v. Winn, et al.__

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge __Gertner__ has been reassigned to Judge __Stearns__ for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials __RGS__.

Thank you for your cooperation in this matter.


                                             TONY ANASTAS
                                             CLERK OF COURT

By:   /s/ Barbara Morse
      Deputy Clerk

Date: __May 18, 2004__