In the United States District Court
District of _Mass._
_Boston_ Division    04-40042NG

_Joseph Marion Head Jr._
Enter above the full name of the plaintiff in this action.

vs.

_David L. Winn -_
_Warden of F.M.C._
_Devens_
Enter above the full name of the defendant or defendants in this action.

18, 28, 42 U.S.C. As Applies Hereto And As May Be Applied Hereto and Thereto Rule 57 of Fed. Rule of Civ. Proc. As Applies Hereto And As May Be Applied Relating Hereto, Prior, Present, ETC.,

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff _Joseph Marion Head Junior 17549-056_
   Current Address _N-3 cell 309 F.M.C. Devens, P.O. Box 879 Ayers, Mass. 01432_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant _David L. Winn_ is
   employed as _Warden_
   at _F.M.C. Devens, P.O. Box 880 Ayers, Mass. 01432_

C. Additional Defendants _The Medical Staff of F.M.C._
   _Devens, P.O. Box 880 Ayers, Mass. 01432_

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1.

Defendants Violated Plaintiffs Rights To Personal Liberty By Failing To Afford To Plaintiff The Judicial Protections Authorized, Required By Law. To Enclude By Requesting Plaintiff To Be Futher Committed As Stated In The Petition Filed By U.S.A. On Request Of The Defendants Herein, In The U.S. D. Ct. Boston Division of Mass.

## III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) Order Or Cause To Be Ordered Plaintiffs Lawfull Court Release and Relief Prior Demanded By Plaintiff in the State and Federal Courts of the United States of America, Prior and Present And in addition thereto, Order Plaintiff Legally Paid An Additional Zillion Dollars A Day, Per Each Day Plaintiff Is Incarcerated.

(X) Jury Trial     ( ) Non-Jury Trial

## IV. Place of present confinement  Fed. Med. Center Devens

See Court Records

A. Is there a prisoner grievance procedure in this Institution? ( ) Yes   ( ) No

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

( ) Yes   ( ) No  See Ct. Res.

C. If your answer is Yes:

1. What steps did you take?  See Ct. Rec.

2. What was the result?  See Ct. Rec.

2.

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
( ) Yes    ( ) No  See Prison, Ct. Rec.

F. If your answer is YES:
   1. What steps did you take?  See Ct. Rec.

   2. What was the result?  See Ct. Rec.

V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
(✓) Yes   ( ) No  See Ct. Rec. of Each Ct.

B. If your answer to A is YES: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to previous lawsuit:
   Plaintiff(s) Joseph Marion Head Junior - 17549-056
   H2S-007-410-46-36
   Defendants David L. Winn and F.M.C. Devens
   Med. Staff.

   2. Court (if federal court, name the District; if state court, name county): N.C., W. Va., Boston Mass. (Michigan)
   3. Docket number: See Ct. Rec.
   4. Name of Judge to whom case was assigned See Ct. Rec.
   5. Disposition (was the case dismissed? Appealed? Still pending?) See Ct. Rec.
   6. Approximate date of filing lawsuit See Ct. Rec.
   7. Approximate date of disposition See Ct. Rec.

**I declare under penalty of perjury that the foregoing is true and correct.**

3-24-04
(Date)

Joseph Marion Head Junior
(Signature of Plaintiff)
17549-056

3.

**U.S. Department of Justice**
Federal Bureau of Prisons

**Inmate Personal Property Record—**
**Institution:** _____

| 1. Name: | 2. Register Number: | 3. Unit: | 4. Date and Time of Inventory |
|---|---|---|---|

5. Purpose of Inventory (check one that applies): Date and Time of Action: _____
a.___ Admission   b.___ Hospital   c.___ Writ   d.___ Transfer   e.___ Detention   f.___ Release
g.___ Incoming package   h.___ Other (specify)

6. Disposition (Disp.)
D – Donated    M – Mail    S – Storage
K – Keep in Possession
C – Contraband (Attach BP–Record-102)

7. Type of Property:

a. Personally Owned Items

| # | Article | Disp. |
|---|---|---|
| | Batteries | |
| | Belt | |
| | Billfold | |
| | Books, reading hard___, soft___ | |
| | Books, religious hard___, soft___ | |
| | Brassiere | |
| | Cap, Hat | |
| | Coat | |
| | Coins | |
| | Comb | |
| | Combination lock | |
| | Dress | |
| | Driver's license | |
| | Earplugs | |
| | Eyeglass case | |
| | Eyeglasses | |
| | Gloves | |
| | Hair brush/pick | |
| | Handkerchief | |
| | Jacket | |
| | Jogging suit | |
| | Legal Materials | |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pant/slacks | |
| | Pen, ballpoint | |
| | Pencils | |
| | Personal papers | |
| | Photo album | |
| | Photos | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious medals | |
| | Ring | |
| | Shirt/blouse | |
| | Shoes | |
| | Shoes, shower | |
| | Shoes, slippers | |
| | Shoes, tennis | |
| | Shorts | |
| | Skirt | |
| | Slip | |
| | Social security card | |
| | Socks | |
| | Socks, athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| | Sweater | |
| | Sweat pants | |
| | Sweat shirt | |
| | Trophy | |
| | T-Shirts | |
| | Underwear | |
| | Watch/watch band | |
| | Wig | |

b. Hygiene, etc.

| # | Article | Disp. |
|---|---|---|
| | Dental floss | |
| | Dentures | |
| | Deodorant | |
| | Hair oil | |
| | Noxzema | |
| | Powder | |
| | Razor | |
| | Razor blades | |
| | Shampoo | |
| | Shaving lotion | |
| | Skin lotion | |
| | Soap | |
| | Soap dish | |
| | Toothbrush | |
| | Toothpaste | |

c. Hobbycrafts

| # | Article | Disp. |
|---|---|---|

d. Food/Tobacco Items

| # | Article | Disp. |
|---|---|---|
| | Canned tobacco | |
| | Chewing tobacco | |
| | Cigarettes | |
| | Cigars, snuff | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant chocolate | |
| | Instant coffee | |
| | Instant tea | |
| | Pipe cleaner/filters | |
| | Pipes | |

e. Miscellaneous (List any damaged property and from where it was received; e.g., U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00
Description of Property                                                                                              Value Alleged by Inmate

☐ No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Receiving Officer: _____ Date: _____ Time: _____

I have today reviewed the property returned to me. Signature of Inmate: _____ Reg. No.: _____ Date: _____ Time: _____

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Releasing Officer: _____ Date: _____ Time: _____

I have today reviewed the property returned to me. Signature of Inmate _____ Reg. No.: _____ Date: _____ Time: _____

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing

BP-383(58)
October 1982