In the United States District Court
District of _Mass._

_Boston Division_  **04-40042NG**

_Joseph Marion Head Junior_                18, 28, 42, U.S.C. As Applies
Enter above the full name of the plaintiff       And As May Be Applied
in this action.                                  Relating Hereto. Rule 57
                                                 Fed. Civ. Proc. As Applies
VS.                                              And As May Be Applied
_Warden - Winn_                                  Hereto
_of Fed. Med. Center_                            Tort Law also As
_Devens_                                         Applies Hereto And As
Enter above the full name of the defendant       May Be Applied Hereto
or defendants in this action.

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff _Joseph Marion Head Junior 17549-057_
   Current Address _N-3 Cell 309, F.M.C. Devens, Post Office Box 879 Ayers, Mass. 01432_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant _David L. Winn_ is
   employed as _Warden_
   at _Fed. Med. Center Devens, P.O. Box 880 Ayers, Mass. 01432_

C. Additional Defendants _Property Officer of F.M.C. Devens_

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1,

Plaintiff, sent his copy of the property inventory sheet to the President of the United States in Washington D.C., When Plaintiff First Arived At F.M.C. Devens.

The court may order the President to sent it to the court relating hereto for the Courts review and as evidence for Plaintiff. To Show and Prove, What Was in Plaintiffs Property, compaired to what was given to plaintiff almost 15 months later. Order a copy of the Property Inventory Sheet From R. and D. at Beckely, F.C.I. also, the we one they made, prior to transfering Plaintiff For F.M.C. Devens.

Joseph Marion Head Junior, 17549-056
3-25-04

Herewith is Plaintiffs Copy of the Property He Was Given On N-3 in March 23 or 24 or 25 - 2004 Compaire it to the others of said.

Joseph Marion Head Junior 17549-056
3-25-04

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities?
( ) Yes    ( ) No  *See Prison Records*

F. If your answer is YES:
   1. What steps did you take?  *See Prison Records*
   2. What was the result?  *See Prison Records*

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
(✓) Yes    ( ) No  *See Each Fed. Courts, Court Records*

B. If your answer to A is YES: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) *Joseph Marion Head Junior 17549-056 H2-007-410-46-36*
   
   Defendants: *See Each Fed. Ct. Court Records*

2. Court (if federal court, name the District; if state court, name county): *N.C., W.Va., Boston Mass., Michigan*
3. Docket number: *See Ct. Record*
4. Name of Judge to whom case was assigned *See Ct. Records*
5. Disposition (was the case dismissed? Appealed? Still pending?) *See Ct. Records*
6. Approximate date of filing lawsuit *See Court Records*
7. Approximate date of disposition *See Court Records*

**I declare under penalty of perjury that the foregoing is true and correct.**

*3-25-04*  
(Date)

*Joseph Marion Head Junior*  
(Signature of Plaintiff)  
*17549-056*

3.

(1) Deprivation of Property Without Due Process of Law and Without Equal Protection of Law

(2) Damaged and Lost or Stolen From My Property in Property Room, Items that was sent From Beckley W.V.A. To F, MCC Devens and Lost or Stolen From Property Room. See, Inmate Property Sheet as to what was sent and what was received by the inmate, Plaintiff herein, When, Where, How, By Who, Etc..

### III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) $20,000.99 Because of The Violation of The Rights and Priviledges Herein aforsaid,

(✓) Jury Trial    ( ) Non-Jury Trial

### IV. Place of present confinement Fed. Med. Center Devens See Prison Records

A. Is there a prisoner grievance procedure in this Institution? ( ) Yes    ( ) No

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
( ) Yes    (✓) No

C. If your answer is Yes:

1. What steps did you take? See Court Records

2. What was the result? See Court Records

2.

```
Sales Invoice  ---L.O.U.---
Devens FMC
MAIN
Account No. 17549056      DEV3002
HEAD, JOSEPH MARION
03/25/2004 01:55:39 PM TX#365600   94
────────────────────────────────────
BEGINNING BALANCES:
Available Balance is $0.06
Spending Limit Balance is $288.20
Account Balance is $0.06
════════════════════════════════════
Qty   Description            Price
════════════════════════════════════


            Total            $0.00

Charge 17549056              $0.00
────────────────────────────────────
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.06
Spending Limit Balance is $288.20
Account Balance is $0.06
────────────────────────────────────
         [signature]
Signature
ALL SALES ARE FINAL !!
```