In The United States District Court
For The District of Boston Mass.
2300 United States Courthouse
One Courthouse Way
Boston Mass. Zip Code 02210-3002
Case Number_____ March 24th, 2004

| | |
|---|---|
| Joseph Marion Hear Junior<br>Prison Number 17549-056<br>V.S<br>United States Of America<br>And David L. Winn,<br>Warden of F.M.C. Devens<br>Respondent | Motion For Judicial<br>Protection Against<br>Acts, Persons, Etc.<br>That Violated The<br>Fundamental And<br>Other Rights And<br>Priviledges Of Movant |

Comes Now, Joseph Marion Hear, Junior, Prison Number 17549-056, Movant Herein, Who Pro Se respectfully moves the court for Judicial Protection Against Acts, Persons, Etc. That Violated Fundamental And Other Rights And Priviledges of Movant herein.

Movant is presently housed in the Federal Medical Center Devens, N-3 Cell 309, Post Office Box 879 Ayers, Mass. 01432.

Movant is a caucausion Male born December Second 1946, Gastonia, North Carolina of the United States of America.

Movant refers the court to the Court and Prison

records as to each and all prior claims, grounds, errors, motions, etc., presented to the State and Federal Courts relating to the movant herein, in the past 30 years, and to each opinion, judgment, order, of the courts entered, relating to the aforesaid, and movant hereof, Pro Se and otherwise, for the past 40 years.

The court is further referred to the records, to see all prior, criminal, civil, tort, domestic, relief and release, prior asked for and demanded, authorized, required, entitled, but all of same was denied and by who or what and why.

Where Relief And Release Was Authorized Required, Or Entitled Prior, But Was Denied, Or Deprived Of Or Was Ordered And Not Received, Relief And Release Is Authorized, Required And Entitled And Demanded Pro Se By Movant Herein Himself, Pro Se. To Include As Relates And Applies To Said Rule 57 Of Civil Procedure And 28 U.S.C. 2201, 2202, 2254, 2241, 2255, 2244, 18 U.S.C. 1201 And State Laws, For The Crimes Which Was Committed By Governmental Employees And Persons, Etc. Relating Thereto, Prior Or Present Or Etc..

Wherefore Movant respectfully moves the court to order and cause to be ordered, to movant Himself, Pro Se, All, Criminal, Civil, Tort, Domestic, Relief And Release, Authorized Required, Entitled, Removed