FORM TO BE USED BY FEDERAL PRISONER IN FILING A PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF Boston, Mass.

Joseph Marion Head Junior
17549-056 Petitioner
-1 Cell 309 - F.M.C. Devens Mass
O. Box 879
yers, Mass. 01432
David L. Winn - (Warden)
(Full name under which you were convicted; prison number; and full mailing address.)

04-40042

Vs.

CIVIL ACTION NO. __________

David L. Winn
Respondent
O. Box 880
yers, Mass. 01432

David L. Winn - Warden,
(Name of Warden or other authorized person having custody of petitioner.)

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (Check appropriate blank.)

[✓] a conviction

[ ] a sentence (CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.)

[ ] jail or prison conditions

[ ] prison discipline

[ ] a parole problem

[ ] other. State briefly:

The Court Will Have To Make All The Required Copies and serve them, Inmate Head does not have funds to pay for stamps, copies, etc. Nor filing fee.

2. Place of detention: N-3 Cell 309-F.M.C. Devens-Mass. P.O. Box 879-Ayers-Mass. 01432

3. Have you filed previous petitions for habeas corpus, motions under 28:2255, or any other applications, petitions or motions with respect to this conviction?

[✓] Yes [ ] No

If your answer above is "Yes," give the following information:

a. Name of Court: U.S. D.Ct. (N.C., Ash. Div.) (Beckley W.Va) (Michigan) (Boston Mass)

b. Nature of Proceeding: See Court Records

c. Grounds raised: See Court Records

d. Result: See Court Records

e. Date of Result: See Court Records

f. Citation or number of any written opinion or order entered pursuant to each such disposition:

See Court Records

4. If you did not file a motion under Section 2255 of Title 28, U.S.C., or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: See Court Records and See all State and Other Court Records As Relates and Applies and As may Be Applied Relating Hereto, Etc.!

5. Are you presently represented by counsel? [ ] Yes [✓] No

If so, name, address and phone number of counsel: ______

6. Name and location of court which imposed sentence:
United States District Court
309 U.S. Court House Building
100 Otis Street, Ashville, N.C. 28801

7. Indictment or case number, if known: N/A See Court Records

8. Offense or offenses for which sentence was imposed:
Mail Treating Cummication, Attempt Extortion

9. Date upon which sentence was imposed and the terms of the sentence:
N/A See Court Records

10. When was a finding of guilty made? (Check one.)

- [ ] After a plea of guilty
- [x] After a plea of not guilty
- [ ] After a plea of nolo contendere

11. If you were found guilty after a plea of not guilty, was that finding made by:

- [x] A jury
- [ ] A judge without a jury

12. Did you appeal from the judgment of conviction or the imposition of sentence?

- [x] Yes
- [ ] No

13. If you did appeal, give the following information for each appeal:

a. Name of Court: U.S. Ct. App. 4th. Cir.

b. Result: Dismissed In part, Affirmed In Part

c. Date of Result: N/A See Court Records

d. Citation or number of opinion: N/A See Court Records

e. Grounds raised: (List each one.)
N/A See Court Records

Note: If you appealed more than once, attach an additional sheet of the same size and give all the information requested above in question No. 13, a through e. Do not write on the reverse of pages.

14. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: Each Prior, Spoke and Wrote, Prior By Petitioner and His Counsel, See Court Records

Supporting FACTS: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts, not conclusions, in support of your grounds. A rule of thumb to follow is – who did exactly what to violate your rights at what time or place.)

All State and Federal Court Records Relating To All of Petitioners Prior State and Federal court Cases, Etc. Records Relating Thereto, and Institutional and Medical and Phy. Records Relating Thereto.

b. Ground two: Ineffective Assistence of Counsel Pretrial, At Trial and At Sentencing and On Appeal,

Supporting FACTS: Each and All of Petitioner's State and Federal Court Records As May and Dose Apply To This Ground, Prior, Present Etc.,

c. Ground three: Trial Judge Failed To Properly and Correctly

Charge the Grand Jury On The Law Of Burden of Proof

Supporting FACTS: U.S. Ct. App. 4th Cir. Criminal Handbook On Burden Of Proof and Ignorance of The Law Is No Excuse For Not Knowing The Law; As Was Applied Wrongfully By The Prosecutor and Court Relating To Petitioner cases: The Jury Verdicts was not States as to the reasons for same

15. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order All Prior Criminal and Civil Relief Prior Demanded, Authorized, Required, Entitled, Order futher, maximum compensation in the case of final sentencing by and through miscarriage of Justice and as applied to petitioner herein.

Signed this 1 day of 4, 2004.
Day Month Year

Joseph Marion Head Jr.
Signature of Petitioner

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on April 1-04.
(Date)

Joseph Marion Head Junior
Signature of Petitioner

District of Mass. Boston Division

Joseph Marion Head Jr.
Enter above the full name of the plaintiff in this action.

VS.

Stonie Ones, Nurse, Fed. Med. Center Devens
Enter above the full name of the defendant or defendants in this action.

18, 28, 42, U.S.C. As Applies and As May Be Applied Relating Hereto and Thereto Rule [illegible] Fed. R. Civ. Proc. As Relates And Applies Hereto and As May Be Applied Relating Hereto

**I. Parties**

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff Joseph Marion Head Junior, 17549-056
Current Address N-3 Cell 306 - Fed. Med. Center Devens - Post Office Box 879 - Ayers - Mass. 01432

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant Stonie Ones is
employed as Nurse
at F.M.C. Devens, P.O. Box 880 - Ayers - Mass. 01432

C. Additional Defendants David L. Winn - Warden of Fed. Med. Center Devens, Ayers, Mass. 01432

**II. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1.

[illegible] Plaintiffs rights by falsely accusing Plaintiff resulting in an infraction against Plaintiff for an alledged violation of Code 203 and deprivation of liberty and priviledges without due process and equal protection of law etc. violations. Defendant, Winn, failed to afford to Plaintiff the Judicial and other Protection against the violations aforsaid by Defendant Ones and others relating thereto as is evident and proof of same by Prison records and nouns relating to the aforsaid.

**III. Relief**

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) Order each defendant faired from their jobs and never again allowed to have a Gov. Job. For The U.S.A. And Or States thereof. Order plaintiff paid for having been falsely accused and falsely charged and for all time spent in N-1 of F.M.C. Devens relating to and because of the aforsaid. Demanded is One Million Dollars. Tax Free

(✓) **Jury Trial** ( ) **Non-Jury Trial**

**IV. Place of present confinement** Fed. Med. Center Devens - N-3 cell 309 See Prison Records

A. Is there a prisoner grievance procedure in this Institution? ( ) **Yes** ( ) **No**

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

( ) **Yes** ( ) **No** See Prison Records

C. If your answer is **Yes:**

1. What steps did you take? See Prison Records

2. What was the result? See Prison Records

( ) Yes ( ) No See Prison Records

F. If your answer is YES:

1. What steps did you take? See Prison Record

2. What was the result? See Prison Records

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
(✓) Yes ( ) No See Each Fed. District Ct. Records

B. If your answer to A is YES: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

1. **Parties to previous lawsuit:**

Plaintiff(s) Joseph Marion Head Junior - 17549-056 - H2-007-410-46-36

Defendants See, Each Fed. District Courts Records

2. Court (if federal court, name the District; if state court, name county): N.C., Boston Mass, Beckley W. Va., Mactygan

3. Docket number: See Court Records

4. Name of Judge to whom case was assigned See Court Records

5. Disposition (was the case dismissed? Appealed? Still pending?) See Court Records

6. Approximate date of filing lawsuit See Court Records

7. Approximate date of disposition See Court Records

**I declare under penalty of perjury that the foregoing is true and correct.**

3-27-04
(Date)

Joseph Marion Head Junior
(Signature of Plaintiff)
17549-056

3.

## VICTIM

Name: JOSEPH MARION HEAD JUNIOR

Age: BORN DECEMBER 2nd, 1946

Nationality: AMERICAN

I.D. N°: Prison no. 17549-056

Marital status DIVORCED

Occupation: FEDERAL PRISONER

Address: F.M.C. DEVENS, PO BOX 879

City, Province, State: AYER, MASS. 01432

Country: UNITED STATES OF AMERICA

Telephone: N/A

Number of children: 3, Now adults

## GOVERNMENT ACCUSED OF VIOLATION

UNITED STATES OF AMERICA AND THE STATE OF NORTH CAROLINA

## ALLEGED HUMAN RIGHTS VIOLATION. (Explain what happened in as great a factual detail as possible, specifying place and date of the violation)

Deprived of personal liberty and nationality of choice and rights, without Due Process and Equal Protection of Laws, Constitution and Human Rights-from April 1974 forward till lawfully released

**THE ARTICLE(S) OF THE DECLARATION OR CONVENTION THAT HAVE BEEN VIOLATED** ........................................
........AS KNOWN BY THIS COURT........................................

**NAMES AND TITLES OF PERSONS (AUTHORITIES) WHO COMMITTED THE VIOLATION** ........................................
Employees of the U.S.A. and States Thereof and Nouns...
relating thereto........................................

**WITNESSES TO THE VIOLATION** (Include addresses and telephone numbers of witnesses) ...See jail and prison......
medical and physical, court records and nouns relating
thereto, prior and present........................................

**DOCUMENTS/PROOFS** (for example, letters, legal documents, photos, autopsies, tape recordings, etc.)
.....Prison and Court Records........................................
........................................

**DOMESTIC LEGAL REMEDIES PURSUED** (e.g. copies of writs of Habeas Corpus or Amparo)
See prison and court records and nouns relating thereto
........................................
........................................

## DOMESTIC LEGAL REMEDIES YET TO BE PURSUED

See prison and court records, State and Federal Laws, and nouns relating to aforesaid

Complainant: JOSEPH MARION HEAD JUNIOR

Date: MARCH 1st, 2004

Place: N-1 Federal Medical Center, Ft. DEVENS

Address: PO BOX 879

City/State: AYER, MASS. 01432

Telephone: N/A

Signature: Joseph Marion Head Junior

Legal Representative if any: 18 U.S.C., 30006A
Bounds vs. Smith, etc.

**Instructions**

The form should be filled in as completely as possible and include all of the information available regarding the particular situation that is alleged to constitute one or more violations of human rights by an OAS member state.[1] The wording of the responses should be simple and direct, without political rhetoric. Where the information requested is not available or does not apply you should indicate "information not available" or "not applicable" as appropriate.

In cases where the life or physical integrity of a person or group of persons is in imminent danger despite having approached appropriate domestic authorities, you may submit the pertinent information to the Commission even if information concerning the exhaustion of domestic remedies is not currently available.

Once completed, the form can be presented to the Executive Secretariat of the Commission by mail to:

**Inter-American Commission on Human Rights**
1889 F Street, N. W.
Washington, D.C. 20006
USA

by fax at the number (202) 458-3992, or by e-mail at cidhoea@oas.org.

**FORM**

**I. PERSON OR GROUP OF PERSONS PRESENTING THE PETITION ON VIOLATIONS ALLEGEDLY COMMITTED AGAINST THEM ("VICTIM(S)") OR COMMITTED AGAINST ANOTHER PERSON OR GROUP OF PERSONS ("PETITIONER(S)")**

Name: Joseph Marion Head Junior 17549-056

N-1 Federal Medical Center Devens, P.O. Box 879

Ayer, MA 01432

(in the case of a nongovernmental entity also include the name of its legal or non-legal representative(s))

**Contact information**

Address: 18 U.S.C. 30006A, Bounds v. Smith, Ect

..................................................................................................

[1] The member states of the OAS are Antigua and Barbuda, Argentina, Bahamas, Barbados, Belize, Bolivia, Brazil, Canada, Chile, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, El Salvador, Grenada, Guatemala, Guyana, Haiti, Honduras, Jamaica, Mexico, Nicaragua, Panama, Paraguay, Peru, Saint Lucia, Saint Vincent and the Grenadines, St. Kitts and Nevis, Suriname, Trinidad and Tobago, United States, Uruguay and Venezuela.

Telephone nu

Fax number:

Do you wan confidential d

**II. MEMBEF VIOLATI**

**III. INCIDEN**

Explain the i specifying th

**Available e**

Describe t above anc judicial pr the origin copies of

alleged to
per state.[1]
out political
es not apply
plicable" as

or group of
appropriate
tion to the
of domestic

Secretariat

as.org.

ITION ON
ICTIM(S)")
ROUP OF

..............

..............

ts legal or

............

............

, Barbados,
Dominican
ca, Mexico,
t. Kitts and

Do you want the Commission to keep the identity of the petitioner(s) confidential during the procedure? ..................................................

II. MEMBER STATE OF THE OAS RESPONSIBLE FOR THE HUMAN RIGHTS VIOLATIONS ALLEGED BY THE PETITIONER(S): ..................................

...As Known by the Court...........................................................

III. INCIDENT OR SITUATION DENOUNCED

Explain the incident or situation complained of in as much detail as possible, specifying the place and date of the alleged human rights violations: ...........

Violation of rights to freedom thought and expression, personal liberty, freedom, freedom of movement and in residence, privacy, right to humane treatment including the right not to be subjected to cruel inhuman ordering punishment or treatment, right against degrading punishment or treatment.

Available evidence

Describe the documents that might assist in proving the violations described above and that can be provided to the Commission, for example portions of judicial procedures, forensic reports, photographs, films, etc. (Do not submit the original documents but rather copies. In principle it is not necessary for copies of documents to be certified by a public official or notary public):.......

Prison medical and phy.... records and all court records relating to inmate Head 17549-056, H2-007-410-46-36

..............................................................................................

..............................................................................................

..............................................................................................

Identify witnesses to the violations described above. In the event that witnesses have given statements or depositions before judicial authorities, you should also file copies of this testimony or indicate whether it will be possible to do so in the future: See Investigate all prison medical and phy. records and all court records and all staff, employee's

Identify the persons and/or authorities responsible for the alleged violations described above: United States Governmental employee's and nouns relating thereto.

IV. **HUMAN RIGHTS VIOLATED (Where possible, specify the provisions of the American Convention and other applicable instruments that you consider to have been violated as a result of the situation described above):** As known by the court

V. **NAME AND DETAILS OF THE PERSON OR PERSONS AFFECTED BY THE HUMAN RIGHTS VIOLATIONS ALLEGED ABOVE, IN THE EVENT THAT THEY ARE DISTINCT FROM THE PERSON OR PERSONS PRESENTING THE PETITION (see point I):**

Name: Joseph Marion Head Junior 17549-056, H2-007-410 -46-36

**Contact information**

Address: 18 U.S.C. 30006A and Bounds v. Smith

Telephone: ..........

Fax number: ..........

Where the victim is no longer alive, please identify their next-of-kin: ..........

See prison and court records

## VI. JUDICIAL REMEDIES AVAILABLE TO REMEDY THE SITUATION DENOUNCED

Detail the steps taken by the victim(s) or the petitioner(s) before the courts, tribunals or administrative authorities of the country responsible for the alleged violations. Also indicate whether you have not been able to initiate or complete such steps because (1) the domestic legislation of the State does not provide due process of law for the protection of the right or rights that have allegedly been violated; (2) the victim(s) or petitioner(s) have been denied access to the remedies under domestic law or have been prevented from exhausting them; or (3) there has been unreasonable delay in rendering a final judgment on the remedies described above: ..........

1,2,3, as applies, see all prison and court records and state and federal laws, etc., constitutions.

In cases where the situation denounced involves crimes or other violations of public law (e.g. murder, torture), indicate whether there has been a corresponding judicial investigation and the result, or whether there has been an unreasonable delay in rendering a result in such an investigation:

See prison and court records and all medical and phy, phy. records

In cases where domestic remedies have been exhausted, indicate the date on which the victim was notified of the final decision: ..................................

See all prison, medical, phyrecords and all court records

VII. INDICATE WHETHER THE COMPLAINT HAS BEEN SUBMITTED TO THE UNITED NATIONS HUMAN RIGHTS COMMITTEE OR ANOTHER INTERNATIONAL ORGANIZATION WITH SIMILAR CHARACTERISTICS:

no, but this court should relating hereto, I don't know the address nor, have a copy of their books, forms

Joseph Marion Head Junior.

SIGNATURE: Joseph Marion Head Junior

DATE: 3-14-04

District of Mass
Boston-Division

Joseph Marion Hean Jr.
Enter above the full name of the plaintiff in this action.

vs.

Sulivan
U.S. Ass. Att. Gen.
Boston, Mass.

Enter above the full name of the defendant or defendants in this action.

**I. Parties**

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff Joseph Marion Hean Junior (17549-056)
Current Address N-1 Federal Medical Center Devens
Post Office Box 879-Ayers, Mass, 01432

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant Mrs. Sulivan is
employed as United States Associate Attorney General
at Boston Mass.

C. Additional Defendants United States of America ... Each Conjointly Liable Herein.

**II. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1.

Defendant Violated Plaintiff's Rights and Privil edges - Not to be deprived of liberty but by due process of law and equal protection of the law and constitution and the right to Judicial Protection against acts, Persons, Nations, Etc. That Violates Was Violating, Violates, Plaintiff's Human and Constitutional Rights, Privileges, By Filing The Petition, By The Request of David L. Winn - Warden of Fed. Med. Center, Devens

## III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) U.S.A. Either Prosecute Defendant or allow Her to Volunteerly Commit Her Self to Plaintiff for the Rest of Her Life as a Slave and Personal, Private Property of Plaintiff Forever and all That she and Was Defendant's, Be Ordered Plaintiff's forever to include Her Family and children.

(✓) Jury Trial ( ) Non-Jury Trial

U.S.A. Pay Plaintiff One Zillion Dollars Tax Free

## IV. Place of present confinement Federal Medical Center Devens See Prison Records

A. Is there a prisoner grievance procedure in this Institution? ( ) Yes ( ) No

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

( ) Yes ( ) No See Prison and Court Records

C. If your answer is Yes:

1. What steps did you take? See Records

2. What was the result? See Records

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
( ) Yes ( ) No See Prison Records

F. If your answer is YES:

1. What steps did you take? See Records

2. What was the result? See Records

**V. Previous Lawsuits**

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
(✓) Yes ( ) No See All Fed. Ct. Records

B. If your answer to A is **YES:** You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

1. **Parties to previous lawsuit:**

Plaintiff(s) Joseph Marion Head Junior (17549-056) (H2-007-410 46-36)

Defendants See All Fed. Ct. Records

2. Court (if federal court, name the District; if state court, name county): N.C., W. Va., Mass., Michigan
3. Docket number: See All Fed. Ct. Records
4. Name of Judge to whom case was assigned See Fed. Ct. Records
5. Disposition (was the case dismissed? Appealed? Still pending?) See Fed. Ct. Records
6. Approximate date of filing lawsuit See Fed. Ct. Records
7. Approximate date of disposition See Fed. Ct. Records

**I declare under penalty of perjury that the foregoing is true and correct.**

3-23rd 04
(Date)

Joseph Marion Head Junior
(Signature of Plaintiff)

3.

of Law and [illegible] Equal Protection of Laws.

The petitioner was not represented by counsel and did not know of or understand the legal significance of the facts giving rise to the new claim at the time of the prior petition was filed. Petitioner is and was a layman at law and has no legal training in law.

U.S. Const. Amend. 1, 4, 5, 6, 8, 14.
N.C. Const. Art. 1 Sec. 19, 21, 23, 27.
Human Rights That Are Protected by said Constitutional Rights And By The American Convention On Human Rights.

The aforesaid as relates and applies and as may be applied, to, inmate Head's prior and present court cases, State and Federal courts cases and to the prior and present judgments and orders of the courts and Nouns relating thereto, internally and externally.

To include as applies to Strickland VS Washington and N.C.S.B. Canon EC 7-13-1, 2, 3, N.C.G.S. 17-8, 18 U.S.C. 1201.

The court must allow the new claims, for to deny allowing same, having knowledge of the aforsaid which legally justifies, as the court knows, violates the Const. amend. aforsaid and others as applies thereto and to the Human Rights aforsaid as known by the court, prior and present. N.C.G.S. 17-8, Etc..

Re:

| | |
|---|---|
| [illegible] Marion [illegible] | Case No: 4:04-CV-27 |
| Petitioner | Hon. Gordon J. Quist, |
| VS | U.S.D.C. Judge, |
| | W.D. of Michigan |
| State of North [illegible] | Order of Transfer, |
| Respondent | Dated, 3-11-04 |

Transferred To U.S.D. Ct. Massachusetts

Pursuant To [illegible]

Date: March [illegible] 4.

/S/ Hugh W. Brenneman, Jr.,

U.S. Magistrate Judge

Deprivation of Liberty Without Due Process of Law and Equal Protection of Laws.

The petitioner was not represented by counsel and did not know of or understand the legal significance of the facts giving raise to the new claim at the time of the prior petition was filed. Petitioner is and was a laymen at law and has no legal training in law.

U.S. Const. Amend. 1, 4, 5, 6, 8, 14.
N.C. Const. Art. 1 Sec. 19, 21, 23, 27.

Human Rights That Are Protected by said Constitutional Rights And By The American Convention On Human Rights.

The aforesaid as relates and applies and as may be applied, to, inmate Head's prior and present court cases, State and Federal courts cases and to the prior and present judgments and orders of the courts and Rouns relating thereto, internally and externally.

To include as applies to Strickland VS Washington and N.C. S.B. Canon EC 7-13-1, 2, 3, N.C.G.S. 17-8, 18 U.S.C. 1201.

The court must allow the new claims for to deny allowing same, having knowledge of the aforesaid which legally justifies, as the court knows, violates the Const. amend. aforesaid and others as applies thereto and to the Human Rights aforesaid as known by the court, prior and present. N.C.G.S. 17-8, Etc..

In The United States District Court
For The District of Boston Massachuastts
Boston Division
2300 United States Courthouse
One Courthouse Way
Boston, Massachuastts, 02210-3002

FILED CLERKS OFFICE 2004 MAR 30 P 1:06 U.S. DISTRICT COURT DISTRICT OF MASS.

Case Number ______

Date - 3-27-04, Date Motion Written.

Joseph Marion Head Junior Movant, Prison Number 17549-056
VS
United States of America And David L. Winn, Warden of Fed. Med. Center Devens, Respondent

Motion For Judicial Protection Against Acts And Persons, Etc. That Violates The Fundamental And other Rights And The Priviledges of Movant, And For Relief And Lawful Court Release

Comes now Joseph Marion Head Junior, Prison Number 17549-056, a caucausion male born on December Second 1946 in Gastonia, North Carolina of The United States of America, Who Is Presently Housed In The Federal Medical Center Devens, N-3 cell 309 thereof, Post Office Box 879, Ayers, Massachuastts, Zip Code 01432, Movant Is In The Custody of The Warden of The aforesaid Medical Center, Pursuant For Court orders of a United States Federal District Court Committing Movant To The aforesaid Medical Center As Stated In The Courts orders As Applies Aforesaid.

See all records and brief filed in the appeal to the Fourth Circuit Court of Appeals in case Number 01-4670 case number on the appeal to the aforsaid court.

Movant was never provided a copy of the Defendants Brief On the aforsaid Appeal Nor The Records Etc. On Said Appeal Nor His Trial and Other Transcripts relating to his federal cases. Nor the Court records of his State cases that relates and applies to his Federal Cases because his State Charges and convistions was used against him relating to his Federal Cases And The Sentenses Relating thereto. Nor Was Same Provided to movants Defense Counsel of his federal trial and appeal therefrom, therefore it was impossable for his defense attorney to effectly represent movant at trial, sentenceing and on the appeal. Strickland vs Washington, U.S. Const. amend. 1, 4, 5, 6, 8, 14, N.C. Const. Art. 1 sec. 19, 27, Human Rights as relates and applies to the aforsaid, etc. relating thereto, Prior, and Present, Etc. as applies.

Question's Presented Reference To Case 5:02-1460

(1)

Was movants rights to judicial protection's violated, denied or delaied, violation of said and other rights, etc.?

3

(2)

Was movants rights rights to compensation violated?

(3)

Was movants rights to reply to and or make corrections in an inaccurate or offensive statement of The offenses, made by the magistrate and Grand Jury, Violated?

(4)

Was movants convictions obtained in violation of the laws or constitution of The United States and or The States Thereof?

(5)

Did and Does, The legal claims and ground of movant, spoken and written, in the past 30 years, Authorize, Require, Entitle, Demand, Lawfull Relief and Release, Relating Thereto, to include, movants hereof lawful Court release, and other relief, crim., civ., Tort, Domestic, Etc.?

Reference To Case Number 5:03-0063

Each Prior Ground, Now To Be Considered As If Stated Etc, In Proper Legal Questions To The Court, In Proper Question Form As Presented. And Therefore The Court Must Fully and correctly Answer Each of Same As Well All Others Presented Relating hereto and thereto Case No. 5:02-1460, 5:02-1426, 5:02-1491,

Each prior ground to now be considered etc. as if presented in correct and proper question forms to the court, Etc. as applies thereto.

As well as may relate to all claims and grounds, motions, errors, etc. relating to movants state and federal court cases, past and present, etc., to include civil tort, and Domestic, as the laws may legally apply.

All Other Questions A Special Team of Professional Law and Legal Trained Persons Can, May, Etc. Ask relating to movant and all the aforesaid and all relating thereto, prior, present, etc., to Include Judges And Justices, State and Federal, Human Rights and World Courts, Also, And Persons With The Highest Degrees In Law, From, Each Location From Each Noun, Nation, World, System, Government. To include as may or dose relate to all records and nouns relating to the aforesaid past, present, etc., to include movant hereof Himslef.

Respectfully Presented - 3-27-04
Signed, Joseph Marion Head Junior, Movant,
N-3 Cell 309 Fed. Med. Center Devens,
Post office Box 879
Ayers, Mass. 01432

Date Sent By Mail
3-27-04
Joseph Marion Head Junior, Movant.

Deprivation of Liberty Without Due Process of Law And Equal Protection of Laws.

The petitioner was not represented by counsel and did not know of or understand the legal significance of the facts giving raise to the new claim at the time of the prior petition was filed. Petitioner is and was a laymen at law and has no legal training in law.
U.S. Const. Amend. 1, 4, 5, 6, 8, 14.
N.C. Const. Art. 1 Sec. 19, 21, 23, 27.
Human Rights That Are Protected by said Constitutional Rights And By The American Convention On Human Rights.

The aforesaid as relates and applies and as may be applied to, inmate Head's prior and present court cases, State and Federal courts cases and to the prior and present judgments and orders of the Courts and Rouns relating thereto, internally and externally.

To include as applies to Strickland VS Washington and N.C.S.B. Canon EC 7-13-1, 2, 3, N.C.G.S. 17-8, 18 U.S.C. 1201.

The court must allow the new claims, for to deny allowing same, having knowledge of the aforsaid which legally justifies, as the court knows, violates the Const. amend. aforsaid and others as applies thereto and to the Human Rights aforsaid as known by the court, prior and present. N.C.G.S. 17-8, Etc..

Reasons Why The New Claims Should Be Allowed By The Courts.

The petitioner herein was not represented by counsel prior and did not know of or understand the legal significance of the facts giving raise to the new claims, at the time of the prior petition was filed. Petitioner is and was a layman at law and has no professional training in law.

The Court must allow the new claims of petitioner for the reasons aforesaid and for the court to deny same, having knowledge of the aforesaid which legally justifies the claims not having been presented prior, as the Court knows, would violate the laws and constitutions of the United States Of America and or of the States thereof and the Human Rights for which they legally apply thereto. Further would constitute Kidnaping Petitioner By Judicial Process, Proceeds and or Relating thereto. 18 U.S.C. 1201 - Depriviation of Liberty Without Due Process or Equal Protection of Law or Without Judicial Protection Afforded Against Acts, Etc. That Violates Fundamental and or Other Rights or Privileges or Human Rights to Include to Personal Liberty and Freedom of Movement in Residence.

United States Laws And Constitution As Applies And As May Be Applied To The Aforesaid Herein and Relating thereto.

**In the United States District Court**
**District of** Mass.
Boston, Division

Joseph M. [illegible] Jr.
Enter above the full name of the plaintiff in this action.

42 U.S.C. 1985, 1986, 1983, 1331, 1341, [illegible], [illegible]. 28 U.S.C. As Applies And As May Be Applied Hereto, Fed. R. 57 Civ. Proc. As Applies And As May Be Applied Hereto.

VS.

Doctor-Phy-Thompson
Fed. Med. Center Devens
P.O. Box 880
Ayer-Mass. 01432
Enter above the full name of the defendant or defendants in this action.

**I. Parties**

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff [illegible]
Current Address N-1-Fed-Med-Center Devens-Post Office Box 879-Ayer-Mass, 01432

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant Thompson is
employed as Doctor-Phy.
at F.M.C. Devens-P.O. Box 880-Ayer-Mass-01432

C. Additional Defendants Warden Of F.M.C. Devens —
David L. Winn

**II. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1.

Under Color of Law, Defendants Ordered or caused to be ordered, forced medication [illegible] inmate [illegible] Plaintiff [illegible] [illegible] of Plaintiff's [illegible] [illegible] privileges and [illegible] [illegible] cruel and inhumane treatment as punishment, [illegible] [illegible] and further for [illegible] [illegible] [illegible] or airplanes, kidnapping [illegible] judicial [illegible] [illegible]. Etc. Crimes and Violations of [illegible] Rights Etc.

**III. Relief**

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) Congressional Investigation Re: Prison [illegible] [illegible] [illegible] Ordered Release [illegible] Prison as Applied [illegible] [illegible] [illegible] [illegible] Order Plaintiff Paid One Million Dollars [illegible] Re: the U.S. [illegible] Defendants [illegible] [illegible] [illegible]

(✓) **Jury Trial** ( ) **Non-Jury Trial**

**IV. Place of present confinement** F.M.C. Devens (N-1)

See Prison Records

A. Is there a prisoner grievance procedure in this Institution? ( ) **Yes** ( ) **No**

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

( ) **Yes** ( ) **No** See Prison and Court Records

C. If your answer is **Yes:**

1. What steps did you take? See Prison and Court Records

2. What was the result? See Prison and Court Records

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
( ) Yes ( ) No See [illegible]

F. If your answer is **YES:**

1. What steps did you take? See [illegible] Records

2. What was the result? See [illegible] Records

**V. Previous Lawsuits**

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
(✓) Yes ( ) No See Fed. Courts Records

B. If your answer to A is **YES:** You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

1. **Parties to previous lawsuit:**

Plaintiff(s) Joseph Marion Head Junior [illegible]

Defendants See Fed. Court Records.

2. Court (if federal court, name the District; if state court, name county): N.C. [illegible] Michigan

3. Docket number: See Court Records

4. Name of Judge to whom case was assigned See Court Records

5. Disposition (was the case dismissed? Appealed? Still pending?) See Court Records

6. Approximate date of filing lawsuit See Court Records

7. Approximate date of disposition See Court Records

**I declare under penalty of perjury that the foregoing is true and correct.**

3-22nd. 04 (Date)

Joseph Marion Head Junior (Signature of Plaintiff)

3.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

**In the United States District Court**
**District of** Mass.
Boston - Division

Joseph Marion Headley
Enter above the full name of the plaintiff in this action.

VS.

Doctor - Fletcher
Chief - Phy. of
Fed. Med. Center Devens
Enter above the full name of the defendant or defendants in this action.

42, 28, 18, U.S.C. As Applies And As May Be Applied Hereto - Fed. R. 57 Civ. Proc. As Applies And As May Be Applied Relating Hereto Court Order U.S.A. And N.C. Show Cord [illegible] Of Defendants / Plaintiffs.

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff Joseph Marion Headley Junior (17549-056)
Current Address N-1 F.M.C. Devens, Post Office Box 879 Ayers, Mass. 01432

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant Doctor - Fletcher is
employed as Chief Phy.
at F.M.C. Devens - P.O. Box 880, Ayers, Mass. 01432

C. Additional Defendants Doctor - Phy - Thompson Haas, And Nurse - Scott Hickey, David Dole - Director Of Nursing At F.M.C. Devens

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1.

If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. (Attach additional sheet if necessary).

1) Ordering and/or requiring to be ordered forced medication by injection without Bank right and Land authority to do so as applied [illegible] to Plaintiff herein.

2) Enforcing the Orders for Forced Medication Without Legal Proof Presented To Plaintiff Of the Legality And Validity Of Said Orders And Without Allowing Plaintiff To Challenge The Legality and Validity of Said Orders in A Court Of Law Prior to the enforcement of Said Orders.

## III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) U.S.A. Prosecute Defendants For Each of their Violations of Laws Etc. Relating To The Above [illegible] And Etc. Thereto. 2) Order Plaintiff Be [illegible] Paid One Billion Dollars [illegible] The U.S.A. and/or Defendants herein (3) Order Plaintiff's Immediate Release.

(✓) **Jury Trial** ( ) **Non-Jury Trial**

## IV. Place of present confinement Federal Medical Center Devens

See Prison Records

A. Is there a prisoner grievance procedure in this Institution? ( ) **Yes** ( ) **No**

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
( ) **Yes** ( ) **No** See Prison Records

C. If your answer is **Yes:**

1. What steps did you take? See Prison Records

2. What was the result? See Prison Records

D. If your answer is NO, explain why not. See Prison and Court Records

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
( ) Yes ( ) No See Prison and Court Records

F. If your answer is YES:

1. What steps did you take? See Prison and Court Records

2. What was the result? See Prison and Court Records

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
(✓) Yes ( ) No See Each Fed. Courts Records

B. If your answer to A is YES: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

1. **Parties to previous lawsuit:**

Plaintiff(s) Joseph Marion Headlamion (17549-056) H2-057-410-46-36

Defendants See Each Federal Courts Records

2. Court (if federal court, name the District; if state court, name county): N.C. Wis. Mass. Michigan

3. Docket number: See Court Records

4. Name of Judge to whom case was assigned See Court Records

5. Disposition (was the case dismissed? Appealed? Still pending?) See Court Records

6. Approximate date of filing lawsuit See Court Records

7. Approximate date of disposition See Court Records

**I declare under penalty of perjury that the foregoing is true and correct.**

3-22-04
(Date)

Joseph Marion Headlamion
(Signature of Plaintiff)
Prison Number 17549-056

... Due Process of Law and Equal Protection of Laws.

The petitioner was not represented by counsel and did not know of or understand the legal significance of the facts giving rise to the new claim at the time of the prior petition was filed. Petitioner is and was a laymen at law and has no legal training in law.
U.S. Const. Amend. 1, 4, 5, 6, 8, 14.
N.C. Const. Art. 1 Sec. 19, 21, 23, 27.
Human Rights That Are Protected by said Constitutional Rights And By The American Convention On Human Rights.

The aforesaid as relates and applies and as may be applied, to, inmate Head's prior and present court cases, State and Federal courts cases and to the prior and present judgments and orders of the courts and Rouns relating thereto, internally and externally.

To include as applies to Strickland VS Washington and N.C.S.B. Canon EC 7-13-1, 2, 3, N.C.G.S. 17-8, 18 U.S.C. 1201.

The court must allow the new claims, for to deny allowing same, having knowledge of the aforsaid which legally justifies, as the court knows, violates the Const. amend. aforsaid and others as applies thereto and to the Human Rights aforsaid as known by the court, prior and present. N.C.G.S. 17-8, Etc..

Reasons [illegible] Claims [illegible] Should Be Allowed By the Courts.

The petitioner herein was not represented by counsel prior and did not know of or understand the legal signficance of the facts giving raise to the new claim's, at the time of the prior petition was filed. Petitioner is and was a Laymen at law and has no professional training in law.

The Court must allow the new claims of petitioner for the reasons aforesaid and for the court to deny same, having knowledge of the aforesaid which legally justifies the claims not having been presented prior, as the court knows, would violate the laws and constitutions of The United States of America and/or of the States thereof, and the Human Rights For Which They Legally Apply Thereto. Further would constitute Kidnaping Petitioner By Judicial Process, Processes and/or Relating thereto. 18 U.S.C. 1201 - Deprivation of Liberty Without Due Process or Equal Protection of Law or Without Judicial Protection Afforded Against Acts, Etc. That Violated Fundamental and/or Other Rights or Priviledges or Human Rights to Include to Personal Liberty and Freedom of Movement in Residence.

United States Laws and Constitution As Applies [illegible] As May Be Applied To The Aforesaid Herein and Relating thereto.

**In the United States District Court**
**District of** Mass.

Boston Division

Joseph Marion Head Jr.
Enter above the full name of the plaintiff in this action.

42 U.S.C. 1985, 1986, 1331, 1343, 1391

VS.

Doctor-Phy-Thompson
Fed. Med. Center Devens
P.O. Box 880
Ayers-Mass. 01432
Enter above the full name of the defendant or defendants in this action.

28 U.S.C. As Applies And As May Be Applied Hereto, Fed. R. 57 Civ. Proc. As Applies And As May Be Applied Hereto.

**I. Parties**

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff Joseph Marion Head Jr.
Current Address N-1-Fed. Med. Center Devens - Post Office Box 879 - Ayers - Mass. 01432

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant Thompson is
employed as Doctor-Phy.
at F.M.C. Devens-P.O. Box 880-Ayers-Mass-01432

C. Additional Defendants Warden Of F.M.C. Devens — David Winn

**II. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1.

Under Color of Federal [illegible] caused to be ordered [illegible] inmate [illegible] of Plaintiffs [illegible] cruel and inhuman [illegible] treatment as punishment [illegible] treatment and further for [illegible] or a [illegible] kidnapping [illegible] judicial [illegible] Etc. Crimes and Violations [illegible]

**III. Relief**

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) Congressional investigation [illegible] Relating Hereto - Process as applied [illegible] Order Plaintiff Paid One Billion Dollars Tax Free By The U.S.P. [illegible] Defendants [illegible]

(✓) Jury Trial    ( ) Non-Jury Trial

**IV. Place of present confinement** F.M.C. Devens - (N-1)

See Prison Records

A. Is there a prisoner grievance procedure in this Institution? ( ) Yes ( ) No

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

( ) Yes ( ) No See Prison and Court Records

C. If your answer is **Yes**:

1. What steps did you take? See Prison and Court Records

2. What was the result? See Prison and Court Records

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?

( ) Yes ( ) No See Prison [illegible]

F. If your answer is YES:

1. What steps did you take? See Prison [illegible] Records

2. What was the result? See [illegible] Court Records

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?

(✓) Yes ( ) No See Fed. Courts Records

B. If your answer to A is YES: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

1. **Parties to previous lawsuit:**

Plaintiff(s) Joseph Marion Head Junior (07549-058) H2-0004-470-[illegible]

Defendants See Fed. Court Records.

2. Court (if federal court, name the District; if state court, name county): N.C. [illegible], Mass. Michigan

3. Docket number: See Court Record

4. Name of Judge to whom case was assigned [illegible]

5. Disposition (was the case dismissed? Appealed? Still pending?) See Court Records

6. Approximate date of filing lawsuit See Court Records

7. Approximate date of disposition See Court Records

**I declare under penalty of perjury that the foregoing is true and correct.**

3-22nd-04 Joseph Marion Head Junior

(Date) (Signature of Plaintiff)

3.

# CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

In the United States District Court
District of Mass.
Boston-Division

Joseph Marion Head Jr.
Enter above the full name of the plaintiff in this action.

42, 28, 18, U.S.C. As Applies And As May Be Applied Hereto - Fed. R. 57 Civ. Proc. As Applies And As May Be Applied Relating Hereto Court Order U.S.A. And N.C. Show Cause Negligence Conduct of Defendants / Plaintiff

VS.

Doctor-Fletcher
Chief-Phy. of
Fed. Med. Center Devens
Enter above the full name of the defendant or defendants in this action.

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff Joseph Marion Head Junior (17549-056)
Current Address N-1 F.M.C. Devens, Post Office Box 879 Ayers, Mass. 01432

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant Doctor-Fletcher is
employed as Chief Phy.
at F.M.C. Devens - P.O. Box 880, Ayers, Mass. 01432

C. Additional Defendants Doctor-Phy-Thompson Haas, and Nurse-Scott Hickey, David Dole-Director of Nursing At F.M.C. Devens

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1.

Use as much space as you need. (Attach additional sheet if necessary).

ordering and or causing to be ordered forced medican by injection without legal right and lawful authority to do so as applied and applied to Plaintiff herein.
2) Inforceing the orders to forced medication Without Legal Proof Presented to Plaintiff Of the Legality And Validity of Said Orders And Without Allowing Plaintiff To Challenge The Legality and Validity of Said Orders in A Court of Law Prior to the enforcement of Said Orders.

**III. Relief**

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) U.S.A. Prosecute Defendants For Each of their Violations of Laws Etc. Relating to the aforesaid Herein and Etc. Thereto. Paid One Billion
2) Order Plaintiff Legally Paid [illegible] From The U.S.A. and Defendants and F.M.C. Devens and Defendants [illegible] (3) Order Plaintiff's Lawful Court Release.

(✓) Jury Trial ( ) Non-Jury Trial

**IV. Place of present confinement** Federal Medical Center Devens

See Prison Records

A. Is there a prisoner grievance procedure in this Institution? ( ) Yes ( ) No

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

( ) Yes ( ) No See Prison Records

C. If your answer is **Yes:**

1. What steps did you take? See Prison Records

2. What was the result? See Prison Records

D. If your answer is NO, explain why not: See Prison and Court Records

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
( ) Yes ( ) No See Prison And Court Records

F. If your answer is **YES:**

1. What steps did you take? See Prison and Court Records

2. What was the result? See Prison and Court Records

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
(✓) Yes ( ) No See Each Fed. Courts Records

B. If your answer to A is **YES:** You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

1. **Parties to previous lawsuit:**

Plaintiff(s) Joseph Marion Headley (17549-056) H2-007-410-46-36

Defendants See Each Federal Courts Records

2. Court (if federal court, name the District; if state court, name county): N.C. W.Va. Mass, Michigan

3. Docket number: See Court Records

4. Name of Judge to whom case was assigned See Court Records

5. Disposition (was the case dismissed? Appealed? Still pending?) See Court Records

6. Approximate date of filing lawsuit See Court Records

7. Approximate date of disposition See Court Records

**I declare under penalty of perjury that the foregoing is true and correct.**

3-22-04
(Date)

Joseph Marion Headley
(Signature of Plaintiff)
Prison Number 17549-056

3.