**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

**IN THE UNITED STATES DISTRICT COURT**

FOR THE *Boston, Mass,*

*Joseph Marion Head Junior*
Petitioner
*17549-056, N-4 Cell 423*
*F.M.C. Devens, P.O. Box 879*
*Ayers, Mass - 01432*
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS. *United States Dept. V.A, and*

*U.S.A. and N.C,*
Respondent(s)
*David L. Winn - Warden*
*F.M. Center Devens, P.O. Box 880*
*Ayers, Mass. 01432*
(Name of Warden or other authorized person
having custody of Petitioner).

**CIVIL ACTION NO._____**

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns:  (check appropriate blank)

___✓___ A conviction
___✓___ A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you
              must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the
              Judgment).
_____ Jail or prison conditions
_____ Prison discipline issue
_____ A parole problem
___✓___ Other.  State briefly: *Denied and Deprived of Social Security*
*and V. A, Benefits Because Incarcerated, With-*
*out an adjudication as to the legality of my charges*
*, convictions, sentences, incarceration and Without Proof*

2. Place of detention: *N-4 Cell 423 - F.M.C. Devens Mass. Po. Box 879*
*Ayers, Mass. 01432,*

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_____ Yes    _____ No *See Ea. Ct. s Court Records*

3. If your answer is "yes," give the following information:

a. Name of the Court: *N/A See Ea. Ct. s, Court Records*

b. Nature of proceeding: *N/A See Ea. Ct. s Court Records*

c. Grounds raised: *See all court Records, state and Federal Court Records Denied And Deprived Of Social Security and Fed. V.A. Benefits Because Incarcerated, Without Legal Proof Of The Legality, Valery, Fineality of my charges convictions, sentences, incarceration and Committments*

d. Result: *N/A*

e. Date of result: *N/A*

f. Citation or number of any written opinion or order entered pursuant to each such disposition: *N/A*

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____
_____
_____
_____

5. Does counsel presently represent you? _____ Yes *No* No

If so, Name address and phone number of counsel: _____
_____

6. Name and location of court, which imposed sentence: *U.S. Di Ct. W.D.N.C. Ash. Div. 309 U.S. Courthouse Building, 100 Otis Street, Asheville, N.C. 28801*

7. Indictment or case number, if known: *N/A*

8. Offense or Offenses for which sentence was imposed: *N/A*

9. Date upon which sentence was imposed and the term of the sentence: *N/A*

10. When was a finding of guilt made? (Check one)
_____ After a plea of guilty

____✓____ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
____✓____ A jury

_____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? __✓__ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: *U.S. Ct. App. 4th. Cir.*

b. Result: *Dismissed in part, Affirmed in part*

c. Date of result: *August 12, 2002*

d. Citation or number of opinion: *N/A See Ct. Rec.*

e. Grounds raised: (List each one) *See Ct. Records*
*N/A*

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

14. Summarize briefly the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: Denied and Deprived of Social Security and V.A. Benefits Without Due Process or Equal Protection of Law.

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not conclusions, in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

See, Etc, Each Court Record and Each Prison and Medical Record Relating To Petitioner and His Court Cases and Him. To enclude all of His Army Records and all Records Relating Thereto and to him. Further see all Social Security and V.A. Records.

b. Ground Two: Petitioner is and was kidnaped by Judial Processes or Relating Thereto to enclude by the Order April 13, 2004 denying leave to appeal in forma Pauperis for the reason, Notice of appeal untimely.

Supporting Facts: Petitioner timely gave notice of appeal or attempted to and same was not mailed by F.M.C. Devens Staff. Later Petitioner filed another notice of Appeal and same was denied April 13, 2004.

Ground Three: The reason of the State and Federal Courts Denying Relief and Release, Violated The Law 18 U.S.C. 1201 and Petitioners Rights

Supporting Facts: See all State and Federal Court Records Relating to Petitioner and his State and Federal Cases, Criminal, Civil and Demistic.

4

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No *See Prison Records*

(1) If your answer to "a" above is yes, what was the result? *See Prison Records*

(2) If your answer to "a" above is no, explain: *See Prison Records*

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No *See Prison Records*

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: *See Prison Records*

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

*Petitioner's rights to access to the courts and to petition the court is and was violated relating to his state and federal court cases, criminal and civil. See all prison and court records and all records and persons places and things relating thereto, in the past 35 years.*

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) All State and Federal Charges Dismissed With Prejudice or Verdicts of Not Guilty Entered.

(2) The Maximum Relief and Release Authorized By Law Be Ordered relating to each of petitioner's criminal and civil and tort and domestic claims, grounds, motions, errors, allegations, objections, exceptions, Etc. and Fed. R. 57 Cir. Procedure be legally and officially applied in petitioners criminal and civil cases, Etc.

(3) Order Maximum Compensation in the cases of final sentencing through a miscarriage of justice.

(4) Order A Congressional Investigation Into Petitioner's State and Federal Court cases and Prison Records, For all criminal Violations By Government Employees, to exclude 18 U.S.C. 1201, Kidnaping petitioner By judicial Processes and relating thereto.

Signed on this the _17_ day of _April_, 200_4_.

_Joseph Marion Head Junior_
Signature of petitioner

**I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.**

Executed on: _4 - 17 -_ , 200_4_.

_Joseph Marion Head Junior_
Signature of petitioner

This Court Will Have To Make and File And Serve All Necessary copies of This Petition, Petitioner is unable to do so Because of His Indigence,
Signed, Joseph Marion Head Junior
4, 17, 2004

United States District Court
For The District Of Boston Mass.
Case Number _____
Reference To Case Number 74 CR 2403A

| | |
|---|---|
| State of North Carolina | Motion For Maximum |
| VS | Compensation In The Case |
| Joseph Marion Head Junior | Of Final Sentenceing |
| Defendant | Through A Miscarriage |
| And All Matters, Etc. | Of Justice And For All Time |
| Relating Thereto | Spent Illegally Incarcerated |

Comes now, Joseph Marion Head Junior, Prison Number 17549-056, defendant in the above entitled cause movant herein, who himslef pro se, respectfully moves the court for, Maximum Compensation in the case of final sentenceing through a miscarriage of justice and for all time spent illegally incarcerated relating to 74 CR 2403A, 74 CR 2403 and 73 CR 5057 and as those convictions was applied to the sentces which was imposed in Movants Federal Cases.

Respectfully Presented On April 20th, 2004 Signed, Joseph Marion Head Junior, 17549-056, N-4 Cell 423, Fed. Med. Center, Devens, Mass. Post Office Box 879, Ayers, Mass. 01432.

The Court Will Have To Make And Serve all required copies of this Motion. Movant is unable to do so, due to his indigence.

Signed, Joseph Marion Head Junior, 17549-056 April 20th, 2004

BP·S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Mrss, Laprait -Nurse -N-1 | DATE: 4 - 11 - 04 |
|---|---|
| FROM: Head | REGISTER NO.: 17549-056 |
| WORK ASSIGNMENT: None | UNIT: N-3 - Cell 309 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Mrss. Laprait, I request you make or have made for me at last 10 copies of this motion and return all of same to me without delay and as soon as possiable.
I need this back this week
If you can get it typed also within one week I would appreciate you doing so.
I never did get your last written reply to my last cop out to you. Why?

(Do not write below this line)

DISPOSITION: Please foward to unit team

| Signature Staff Member | Date 4/13/04 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

*Sensitive Limited Official Use Only*

For The United States District Court
Boston District of Mass.
, Boston Division
Case Number _____

| United States of America | Motion To Dismiss The |
| vs | Indictment And All Counts |
| Joseph Marion Head Junior | Thereof With Prejudice |
| Defendant | |

To The Honorable United States Federal District Court Judge, EOI District of Mass, Boston Division.

Attention: United States Attorney General

Comes now, Joseph Marion Head Junior, Prison Number 17549-056, who is the defendant in the above entitled cause, and the movant, herein, who himself pro se, respectfully moves the court to dismiss the indictment and all counts thereof with prejudice for the reasons related herein.

## Reasons

### (1)

The Grand Jury had insufficient or no legal evidence and proof that movant

2

statement of the offense in the indictment and all counts thereof.

(2)

The Grand Jury had insufficient or no legal evidence that movant did the acts alledged and stated in the statement of the offense, with knowledge that said acts would constitute a violation of said law.

(3)

The Grand Jury had insufficient or no evidence and proof that movant knowingly did the acts stated in the statement of the offense in the indictment deliberatly with the entent of violating said law alledged violated.

(4)

The Grand Jury had insufficient or no legal evidence and proof, that movant wilfully did the acts stated in the statement of the offense, to deliberatly and knowingly violate the law alledged violated.

(5)

The Grand Jury had insufficient or no legal evidence or proof that movant was sane at the time movant alledgely did the acts that alledgely violates the law alledges violated and the way alledges violates.

(6)

evidence and proof that movant was not on drugs, medicine, alcohol, at the time movant alledgedly did the acts the way alledged that violates the law alledged violated by movant.

(7)

The witnesses and victem was not advised and informed of their rights nor movants rights prior to same being allowed to make statements and testify to the prejudice of movant.

(8)

Movant was not allowed to be represented by an attorney at law, before the Grand Jury nor was movant allowed to represent himself before the Grand Jury, Nor was movant allowed to testify before the Grand Jury and present evidence and witnesses in his own behalf, Nor was movant aforded his rights to make corrections in or to inaccures or offensive statements or testimony made by himself and or others, to the Grand Jury prior to the return of the indictment and prior to being offically charged in the indictment.

(9)

Movants attorney was ineffective for not raising this motion himself prior, and timely. Strickland VS Washington.

(10)

The trial judge and prosecutor of movants case did not inspect the records of the Grand Jury, prior nor timely as would relate and

4

apply to the reasons setforth herein.

(10)

An indictment must be timely proven and adjudged legal and valid, in order to vest the court with legal and valid jurisdiction of the case and of the person of movant and in movants case this was not done as is evident and proof of same by the court records of movants case.

(11)

The prosecutor's duty was to seek justice not merely to convict. In movants case the prosecutor merely pursued and obtained a conviction any way he could do so.

(12)

For a conviction to be legal and valid it must be based on a legal and valid indictment, infromation or arrest warrant.

(13)

For a sentence to be legal and valid, it must be based on a valid and legal conviction.

(14)

Movant has a right to maximum compensation in the case of final sentencing through a miscarriage of justice and for all time spent in custody and all time spent incarcerated and for all time out of work until he fines himself another job after having been lawfully released.

(15)

5

The indictment in movants case was returned based on false or perjuried statements or testimony or statements or testimony not proven not to be false or perjuried prior to the return of the indictment and prior to the offense as stated in the indictment,

Movant futher moves the court to appoint him counsel in this matter and all matters relating hereto. 18 U.S.C. 3006A.

Movant has a right to judicial Protection against, acts, presons and things that violates movants fundamental and or other rights or priviledges. Movant respectfully moves the court to afordto him such and said judicial Protection and his right thereto.

Movant right to presumam of innonce and reasonable doubt began prior to having been formeley charged,

Movants rights not to be denied nor deprived of life, liberty or property, began prior to having been formeley charged as well did his right to equal protection and due process of law and judicial Protections which required the court and prosecutor and movants defence attorney to inspect the Grand Jury Records them

slef prior to excepting jurisdiction in the case and of movant and at futher processes and sentencing also committ ment of movant by court orders.

Wherefore movant respectfully moves the court to Grant this motion and order movants lawfull release without delay and futher order all compensations for which movant is legally entitled.

Respectfully Presented on this the 23 day of April 2004. Signed, Joseph Marion Head Junior _____, Prison Number _____, Movant, defendant in the forgoing cause. N-4 Fed. Med. Center Devens, Mass. Post office Box 879 Ayers, Mass. 01432

Date This Motion Sent To Court By Way of United State Mail 24 day of April 2004 Signed, Joseph Marion Head Junior, Movant.

The court will have to make and Serve all required copies of this motion. Movant can not do so, due to lack of funds.

Joseph Marion Head Junior 17549-056
4-24-04

COP-OUT From, Joseph Marion Head Junior
175-49-056
To: Staff,                    N-3   Cell   309
Nurse, Laprait            3-31-04

Thanking You for being a Good Nurse Without
Out a Bad Addatute, I am.
You treated nice while I was on N-1,
I appreciate that, and felt like telling you
so. I hope you dont mind.

I would appreciate your assistence though
in getting copies of my legal papers with
out cost to me for the copies. I can not
aford to pay for the copies. At most I will
receive from home will be $20.00 a month.
I've been spending that for stamps $1,50
stamps a month. And that is not near as
much as I need.

As for the copies, you make the terms
and rules and how much and how often,
Whatever you and orother staff can and will
do, I will appreciate.

I got some more mail from the court, good
news, they did not dismiss my papers but
could have, because I didn't serve a copy on
the respondent and Defendants, I did not have copy,

to send for, _____, and did not know the law
, rules relating thereto.

Speedy Reply In These Matters Is Requested.

I need some more copies of those
instructions in that book, of that book, the
complete book. Whenever you have spare
time and will, if you will make me some
. Ever how many you make, I can use
for my slef and or sometimes give a copy
to some other inmates, so they can help
themslefs. I'm sure you understand. If not
you should. Think About It. As many as
you will make for me is what I'm asking
for of that. Whenever you have time to do it.

As to other copies of other legal mail, etc.
, You state the terms. You are my only
sourse of getting copies. The rest of the
staff just will not hardly do anything
for me and by law and my rights a so requires
to do so.

Again, I Thank You For Being A Nice Staff
Member and A Good Person.

Respectfully
Joseph Marion Head Junior
17549-056

I am unable to
make copies for
you please refer
. I am

For The United States District Court
Boston District Of Mass
Boston Division
Case Number _____

| United States of America | Motion For Dismissal Of The |
| VS | Indictment With Prejudice |
| Joseph Marion Head Junior | |
| Defendant | |

Comes now, Joseph Marion Head Junior, Prison Number 17549-05-6 _____, defendant in the above entitled cause, movant herein, who pro se, respectfully moves the court to dismiss the indictment with prejudice, for the reasons related herein.

Reasons

For Dismissal Of The Indictment With Prejudice

(1)

The Grand Jury had no legal proof to prove what was stated in the statement of the offense in the bill of indictment prior to the offense being stated in the indictment the way same was stated and alledged in the indictment. Therefore the indictment was illegally obtained and is illegal and invaled and violative of 18 U.S.C. 1201 and Amendment 5, 6, 8, 14 to the United States Constitution and movants rights thereof. Therefore did not vest the court with legal jurisdiction of the case nor of the person of movant, Therefore the convi

ction obtained was obtained in violation of the laws and or the constitution of the United States of America and movants rights thereof as is evident and proof of same by the records of the Grand Jury in the instant case of movant herein.

(2)

The Grand Jury had no evidence and legal proof that movant had prior knowledge of the law alledged violated in the indictment at the time the acts was alledgely done as stated in the indictment, the way alledges which alledgely violated said law. Nor did the Grand Jury have any legal evidence and legal proof that the movant did the acts alledges in the indictment, with knowledge that said acts constituted a violation of said law. Nor did the Grand Jury have any legal evidence and legal proof, that proves movant did the acts stated in the indictment with the intent of violating the law stated in the indictment, violated and the way violated as alledged in the indictment. Nor did the Grand Jury have any legal evidence and legal proof that movant delibertly done the acts alledged in the indictment the way alledges, to violate said law and with knowledge that same would constitute a violation of said law at the time and way same was alledgely done.

Nor did the Grand Jury have any legal evidence and legal proof, that movant was completely sane at the time of the alledged violation of said law. Nor did the Grand Jury have any legal evidence and legal proof, that movant was not on drugs, medicen or alcohol, at the time of the alledged violation of said law.

(2)

The witnesses who testified before the Grand Jury in the instant case of movant, was not advised nor informed of their rights and movants rights, prior to testifying before the Grand Jury.

(3)

The indictment was obtained based on false or perjuried, statements or testimony or statements or testimony not proven not to be false or perjuried prior to stateing the offense on the indictment as was stated thereon, nor prior to the return of the indictment.

(4)

Movant was not represented by counsel, in the Grand Jury processes, investigations and Hearing. Nor was movant allowed to represent him own slef at and during same.

(5)

Movant was not allowed to testify before the Grand Jury nor allowed to make any corrections to or in any inaccurate or

offinsive statement or testimony, relating to the instant case.

(6)

The statement of the offense in the indictment was stated and alledged, the way it was, merily because that was the way the law required it to be stated and alledged in the instant case. Not because of any legal evidence and legal proof of same nor prior to stating and alledging same, in the indictment the way same was.

(7)

That based on forgoing herein but not limited thereto, the indictment in the instant case, is and was, illegal, invalid and violative of law 18 U.S.C. 1201 and the constitution of The United States of America and movant rights thereby.

(8)

In order for a conviction to be legal and valid, it must be based on an legal and valid indictment, infromation or warrant for arrest, futher for the purpose of vesting the court with legal jurisdiction to impose a legal and valid sentence and committment order of the court.

Respectfully Presented on 24 day of April 2004
Signed Joseph Marion Head Jr. Prison Number 17549-056
Date This Motion Was Sent To Court By Mail
April 24th 2004

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Mrs. Lapriate — Nurse, N-1* | DATE: *4-11-04* |
|---|---|
| FROM: *Inmate Head* | REGISTER NO.: *17549-056* |
| WORK ASSIGNMENT: *None* | UNIT: *N-3 Cell 309* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

*Nurse, Lapriate, I request you make or have made for me at least 10 copies of the motion herewith. Education dose not reply and is to slow. They have had some of my legal papers almost 3 months now and still have not returned same to me. Why? If they will not type and copy same for me, they should have returned them to me. I think Mr. Colautti has some of them also. I need your assistance in these matters.*

(Do not write below this line)

DISPOSITION: *Please foward to unit team.*

| (Signature) Staff Member | Date *4/13/04* |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

*Sensitive Limited Official Use Only*