# UNITED STATES DISTRICT COURT

FILED IN CLERK'S OFFICE

_Boston_ District of _Massachusetts_

2005 MAY 26 P 12: 16

Joseph Marion Head Junior
Reg. No. 17549-056
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

As Related of Court Records
of The Records of This Court

CASE NUMBER: _See Court Records_

Defendant

I, _Joseph Marion Head Junior_, declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [✓] Yes    [ ] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Fed. Med. Center Devens_

   Are you employed at the institution? _YES_   Do you receive any payment from the _Will_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [✓] |
   | b. | Rent payments, interest or dividends | [ ] | [✓] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [✓] |
   | d. | Disability or workers compensation payments | [ ] | [✓] |
   | e. | Gifts or inheritances | [✓] | [ ] |
   | f. | Any other sources | [ ] | [✓] |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

United States District Court
For The District of Boston Massachusetts
Case Numbers, C.A. No. 04-40042-RGS, No. 04-10522-RGS

In Re.

| | |
|---|---|
| Joseph Marion Head Petitioner, Plaintiff, Movant, As Appears Of Court Records VS State Of North Carolina, And Etc. Persons, Places, Things, As Related Of Court Records, Respondents And Defendants | Motion For Leave To Proceed In Form Pauperis In All Matters And In Any Appeals Authorized By Law With Out Further Notice Of Appeal Required And As Ordered By The Court, Further Appoint Counsel, Etc.. |

Now Comes, Joseph Marion Head Junior Reg. No. 175, 49-05, who is the petitioner, movant, plaintiff in the aforsaid cases as appears of this courts records of same and of the movant hereof, who is, Joseph Marion Head Junior aforsaid herein.

Movant respectfully moves the court as related herein aforsaid above. Attached herewith, in support of the aforsaid is a copy of movants trust funds and a affidavite form, filled out by movant himself.

Respectfully presented On May 22nd, 2004.
Joseph Marion Head Junior 17549-056
   Date This Motion Sent To Court By Way of United States Mail, May 25th, 2004.

United States District Court
For The District of Boston Massachusetts
Civil Action No., 04-10522-RGS, 04-40042-RGS

In Re:
Joseph Marion Head Junior | Motion For A Court Order
Prison Number 17549-056 | Stating What Forms, Law
   VS | Books, Etc., The Fed. B.O.P.
As Related Of Court Records | Must Provide To Indigent
Respondents, Defendants | Inmates And Other Inmates

Now Comes, Joseph Marion Head Junior aforesaid, who pro se respectfully moves the Court as related herein, and states,

1 - The reasons, movant did not send to the court prior, a copy of movants trust fund blance, etc, for the past six months is, the Prison Staff would not provide him same.

2 - The reasons, movant did not send to the court other forms or additional forms A.O.240 is the Prison officals would not provide movant same and The Law Library Clerk - Richardson states the B.O.P. Policy Dose Not Require it, that the Courts has to provide inmates copies of forms they need, not the Fed. B.O.P..

Respectfully Presented May 22nd. 2004
Signed, Joseph Marion Head Junior, 17549-056

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 17549056 | Current Institution: | Devens FMC |
| Inmate Name: | HEAD, JOSEPH | Housing Unit: | N UNIT |
| Report Date: | 05/24/2004 | Living Quarters: | N04-423L |
| Report Time: | 8:40:24 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5438 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 5/24/2004 7:17:08 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

**FRP Plan Type**     **Expected Amount   Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $40.74 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $40.74 |
| National 6 Months Deposits: | $90.00 |
| National 6 Months Withdrawals: | $108.50 |
| National 6 Months Avg Daily Balance: | $32.07 |
| Local Max. Balance - Prev. 30 Days: | $70.06 |
| Average Balance - Prev. 30 Days: | $36.60 |

*[signature]*

## Commissary History

### Purchases

Validation Period Purchases: $20.02
YTD Purchases: $99.20
Last Sales Date: 5/20/2004 12:08:01 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $17.80
Remaining Spending Limit: $272.20

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

**List Name**  **List Type**  **Start Date**  **End Date**  **Userid**  **Active**

## Comments

Comments: