In The United States District Court
For The <u>Boston</u> District of <u>Mass.</u>
<u>Boston</u> <u>Division</u>

FILED
IN CLERKS OFFICE
2004 MAY 26 P 12:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re, To: Joseph Marion Head 17549-056, Joseph Marion Head Junior 17549-056

| | |
|---|---|
| Joseph Marion Head Junior | Case No. _____ |
| Movant ✓, Petitioner ✓, Plaintiff ✓ | Reference To The Matter Of |
| Prison No. 17549-056 | Each And All Criminal |
| Address, N-4 Cell 423 - Fed. Med. Center | Charges, Convictions, And |
| Devens, Ayers, Mass. 01432 | All Matters And Complaints |
| | Relating Thereto, Relating |
| — VS — | To Joseph Marion Head Junior |
| As Related In The State And Federal | Prison No. H2-007-410-46-36 |
| Court Records In Each Court House | 17549-056 |
| Address, _____ | Army Service No. RA-128-133 |
| | -58 (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) Social |
| Respondents, Defendants, ETC. | Security No. 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. |

Motion For Judicial Protection
Against, Acts, Persons, Places Or Things
That, Violated ✓, Violates ✓,
Violating ✓, Will Or May Violate The
Fundamental And Or Other Rights Or Priviledges
Of, Joseph Marion Head Junior Aforsaid Herein.

To The Honorable United States Federal District
Court Judge, For The United States Federal District
Court For The <u>Boston</u> District Of <u>Mass.</u>

Attention, United States Attorney General.

Attention, Defense Counsel Of Court Record.

Now Comes Joseph Marion Head Junior, MOVANT, who himself pro se, without legal assistance of a person professionally trained in law, respectfully moves the court as related herein and to fully answer the questions herein and or order same answered by the respondent or defendant herein and or by others, etc. Courts.

## QUESTION'S

### Question No. (1)

Did the acts, etc. related herein constitute a violation of movants rights or priviledges or Human Rights? If so, which, How, When, Where, Why, Who or What? If not, How and Why Not?

### Question No. (2)

Are movants rights, priviledges, or human rights being violated by the acts etc. of persons ✓, places ✓ or things ✓? If so, which how, when, where, by who or what and why? If not, How Not?

### Question No. (3)

Did or Dose the acts, etc. related herein constituted a violation of movants rights, priviledges or Human Rights? If so, which, how, when, where, why, by who or what? If not, How Not?

Question No. 4

Will or May movants, rights, priviledges, or Human Rights be violated by the acts, etc. related herein, but not limited thereto? If so, which, how, when, where, why, by who or what? If not, How Not?

Facts, Etc. To Question No. 1 Herein
See, Read, Etc. Each Record, Document, Etc. Relating to movant and all legal prosecutions and all non legal prosecutions and all matters etc. relating to each of same, as relates and applies to movant herein, Joseph Marion Head Junior. To enclude as to the representaion received and not received and why, when, where, how, by who or what, to enclude forced self represention of Movant and the Courts, Etc. Allow Movant To Represent His Self.

Facts, Etc. To Question No. 2 Herein
The reasons, etc. of the Magistrate's and Grand Jurys for stating the offense's the way they did, without legal proof thereof and without legal evidence and legal testimony, to do so.

The reasons of each Juror and Judge, Justice, for their verdicts of guilty, opinions, judgments, orders, etc. relating to movant and his criminal, civil, tort and domestic, cases etc relating thereto, prior, present, etc. as applies,

Page No. 4

Facts, Etc. To Question No. 3 Herein

See, Read, Etc. each, error, claim, grounds, allegation, motion, prior presented relating to movants State and Federal, Criminal, civil, Tort, Demistic, Etc. Cases, And apply same to the V.A. and Social Security Claims, Etc., relating to movant.

What other claims, grounds, motions, etc. could have and should have been timely presented and by who or what and Why, How, When, Where, Relating to each case, complaint, etc of movants.

Facts, Etc. To Question No. 4 Herein.

See, Read, Etc. Each And All Prison And Court Records Relating To Movant. To include all medical and Phy. Records. And All records, persons, places and things relating to the aforsaid, prior, present, etc., to include each civil complaint filed by movant in the past 30 years, forward.

Wherefore, movant respectfully moves the court to,

1- Allow this motion to be filed, etc. in forma pauperis.

2- Appoint Counsel To Represent Movant In all Matters, Appeals, Etc. Relating To This Motion.

3- Grant this motion and fully and correctly answer each question in this motion, and Order all, criminal, civil, tort, demestic, relief and release and compensation, to movant authorized, required, entitled, demanded, by the laws or Constitution or Human Rights, of the United States of America Or The States Thereof, or Movants Rights Or Priviledges, Thereof, And Thereby.

4- Order These Questions Herein To Be Fully Answered Also By The Appeals Court And The Other Courts, Etc. Until There Is None Other To Do So, To Include Human Rights Courts, And World Courts And The President Of The United States of America.

Respectfully Presented On This The 22 day of May 2004
Signed, Joseph Marion Head Junior   Prison No. 17549-056
N-4 Cell 423, Federal Medical Center Devens,
Post Office Box 879
Ayers, Mass. 01432.