UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOSEPH MARION HEAD,**
               Petitioner,

                                  Civil Action
       v.                            No.  04-40042-RGS

**DAVID L. WINN,**
               Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's May 26, 2004, Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;

It is ORDERED that:

☐    The application to proceed without prepayment of fees is GRANTED.

☒    It is FURTHER ORDERED that the application is DENIED for the following reasons:

        The inmate inquiry report accompanying the Application to Proceed Without Prepayment of Fees indicates that petitioner has $40.74 in his prison account.

☒    It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee to the Clerk of Court within forty-two (42) days from the date of this Order, or this action will be subject to dismissal.


**6/1/04**                        /s/ Richard G. Stearns
**DATE**                     **RICHARD G. STEARNS**
                              **UNITED STATES DISTRICT JUDGE**


(ifphabe.ord - 9/20/96)                                                                 [oifphc.]