United States District Court
For The District of Boston Mass.

FILED
CLERKS OFFICE
2004 JUN 30 A 11: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph Marion Head Junior<br>Prison Number 17549-056<br>VS<br>Michael J. Sullivan<br>United States Attorney<br>Defendant | Complaint<br>In Forma Pauperis<br>Civil Case No. 04C40042RGS<br><br>Admendment To The<br>Complaint<br>Winn, Sullivan, Defendants |

## Jurisdiction

The Court has jurisdiction herein pursuant to the provisions of the Laws and Constitution of The United States of America And States Thereof As Legally Applies Relating Hereto.

## Plaintiff

Plaintiff herein is Joseph Marion Head Junior, Prison Number 17549-056, a carcausion male born on December Second 1946 Gastonia North Carolina of The United States of America, who is presently housed in the Federal Medical Center Devens, Post Office Box 879, Ayer, Ma. 01432. In The Custody of David L. Winn, Warden, Thereof

## Defendant

Defendant herein is Michael J. Sullivan who Is An United States Attorney, Located In

Boston, Ma. at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston, Ma. 02210-3002.

Defendant is sued in professional and personal comparities, as applies herein, Because of the Violations of Plaintiffs Rights and Priviledges By The Defendant By Filing An Illegal Petition To Committ Plaintiff in the Name of The United States of America, By The Request of David L. Winn, Warden of Federal Medical Center Devens, Post Office Box 880, Ayer, Mass. 01432.

Relief Demanded By Plaintiff Pro Se Is As Related Herein Below.

1- Leave To Proceed In Forma Pauperis
2- Appointment of Counsel Hereto And All Matters Etc. Relating Hereto To Enclude Appeals and Certiorari To The United States Supreme Court, As Needed.
3- That An Appeal Be Allowed In Forma Pauperis, As Entitled Relating Hereto Without Further Notice of Appeal Required.
4- Order In Court Evidentry Hearing With Plaintiff Present For Same In His Own Person.
5- Subpoena's Issue For All Persons, Etc. Relating To Plaintiff While In State and Federal Custody Be Ordered To Appear

3

as produced, at the evidentry hearing and trial relating hereto.

6- A Jury Trial Be Ordered Conducted In Court

7- Subpoenas Issue for all persons, and records etc relating to Plaintiff, State and Federal criminal cases and His Demistic Cases Be Ordered to Appear and Be Produced at the in court evidentry hearing and trial herein stated and Demanded hereby.

8- Defendant Be Allowed To Make a Voluntary Choice of Being a Personal and Privit Slave To Plaintiff Forever or Be Charged With Consperisey and Kidnaping Plaintiff By Judicial Processes, and Or Relating Thereto, And That She -Defendant Abod with Plaintiff forever and Fully Obey Plaintiff And Do Whatever Plaintiff Ask, Tells, Orders To be done. Everthing That Is and Was and May Become, Defendants, Be Plaintiffs legally. Defendant Be Legally Committed To Plaintiff Forever and a day.

9- All Prior Criminal, Civil Tort, Demestic, Relief Prior Authorized, Etc. To Plaintiff Be Legally Ordered To Enclude Court Release.

Signed Joseph Marion Head Junior 17549-056, June 19th. 04 The Court will have to make and serve all copies hereto. Plaintiff Can Not Due To His Idgence.