FOR THE UNITED STATES DISTRICT COURT
IN THE _Boston_ DISTRICT OF _Mass_

FILED
IN CLERKS OFFICE

2004 JUN -3 A 11: 46

U.S. DISTRICT COURT
DISTRICT OF MASS

_Joseph Marion Head Junior_
Plaintiff-Petitioner-Movant )
      and all matters, etc. )
      relating thereto )
                            )
vs                          )   Case No. _____
                            )
United States of America    )
_Defendant_

MOTION FOR JUDICIAL PROTECTION
AGAINST ACTS, PERSONS, PLACES OR THINGS
THAT VIOLATED _____ VIOLATED
VIOLATING _____ OR MAY VIOLATE _____ FUNDAMENTAL
AND/OR OTHER RIGHTS AND PRIVILEGES

   NOW COMES _Joseph Marion Head Junior_, Prison No. _17549-056_
who is the Plaintiff in the above-entitled cause, and is the movant
herein, who himself pro-se, without legal assistance by a person
professionally trained in law, etc., respectfully moves the Court
for judicial protection against acts _✓_ persons _✓_ places
_✓_ things _✓_, that violated _✓_, violates _✓_,
violating _✓_, will or may violate _✓_ fundamental or other
rights or privileges of _Joseph Marion Head Junior_.

   Movant respectfully moves the Court to fully answer the
questions related herein, presented by movant herein, himself
pro-se, as aforesaid.

## QUESTIONS

1. Did the acts, etc., related herein constitute a violation of
movants rights or privileges? If so, which, how, when, where,
why, by whom or what? If not, how not and why not? If so, what
criminal, civil, tort, domestic relief and release is authorized,
required, entitled, demanded by the laws, constitutions, human
rights of the United States of America, and/or by the States
thereof and movant's rights or privileges thereby, and relating
thereto, from Who or What? How, When, Where, Why? Please state
below the facts as briefly as possible. Use additional sheets of
paper, if needed. _Judge Bailey entered a plea of not not, on motion and request of the D.A. Lowe, Head refused to enter the plea based on constitutional reasons and grounds as stated in court records._

Other reasons as to Head asserted grounds etc relates, proves Judge Briley Did Not Have Authority Etc to Enter the pleas of not guilty.

**Question No. 2** - Are movants rights or privileges or human rights being violated by the acts, etc., of persons ✓ places ✓ or things ✓ , as related herein and/or as may be learned of by the court, etc., relating hereto and thereto the aforesaid? If so, which, how, where, when, why, by whom, or what? State briefly the facts as briefly as possible. Use additional paper if needed.

See, read, etc. all prison and court, medical phy. records relating to Head and his court cases, crim. and civ. and his tort claims and Domestic claims and other claims etc relating to Social Security and V.A. Benefits, Etc relating to Head as known and learned of.

**Question No. 3** - Did or does the acts, etc., related herein constitute a violation of movants rights, proviliges, or human rights? If so, which, how, when, where, why, by whom, or what? If not, how not and why not? State below the facts as briefly as possible. Use as much paper as needed.

See all claims etc. related and asserted and stated and spoke, etc. relating to Head crim. and civ. cases and Tort, Domestic, Etc. From Dec. 2nd, 1946 Forward

**Question No. 4** - Will or may movant's rights, privileges or human rights be violated by the acts, etc., related herein, but not limited thereto? If, which, how, when, where, why, by whom, or what? If not, how and why not? State below the facts as briefly as possible. Use as much paper as needed.

See, Etc. all the aforsaid herein and all relating thereto, internally and externally World Wide, Each Nation.

-2-

<u>Each System, Etc. Of Each Nation</u>
<u>Past, Present, Etc..</u>

WHEREFORE, movant respectfully moves the Court to:

1. Allow this motion in forma pauperis to include all matters and appeals relating thereto as becomes necessary, etc.,

2. Appoint counsel to represent movant in this matter, and in all matters and appeals related hereto;

3. Grant this motion and order all of the criminal, civil, tort, and domestic relief and release authorized, entitled, required, and demanded by the laws, constitution, and human rights of the United States of America, and the States thereof and movants rights and privileges thereby and relating thereto.

4. That, if this motion is denied, the Court order and allow an appeal without further notice of appeal required or ordered.

Respectfully presented on this, the 4 day of June, 2004.

*Joseph Marion Head Junior*
Petitioner
Reg. No. 17549-056
FMC Devens
P.O. Box 879
Ayer, MA  01432

## CERTIFICATION OF SERVICE

I, _____, prison no. _____ states that I am the movant in the foregoing motion for judicial protection and I sent to the Court named in the motion aforesaid, the original and three copies of said motion, on the _____ day of _____, 2____. By placing same in a properly addressed envelope with sufficient postage stamps thereon for delivery. I further state that I also sent one (1) copy of the aforesaid motion to the United States Attorney General on the _____ day of _____, 20____.

                                     Petitioner _____
                                     Reg. No. _____
                                     FMC Devens
                                     P.O. Box 879
                                     Ayer, MA 01432

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SWORN AND SUBSCRIBED to before me on this, the _____ day of _____, 20____.


                                     _____
                                     Notary Public

My commission expires on _____ day of _____, 20____.