United States District Court
District of Massachusetts
Boston Division

Civil Action No. 04CV40042 RGS

FILED
IN CLERKS OFFICE
2004 JUL 27 A 11: 52
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Joseph Marion Head<br>Petitioner<br><br>vs<br><br>David L. Winn,<br>Warden of F. M. C. Devens<br>Respondent | Motion For Court Order<br>Issue Ordering The<br>Respondent To Fully<br>Respond As To Each And All<br>Prison, Medical, Court, Phy.<br>Record And Etc Records<br>Relating To Petitioner And<br>His State And Federal<br>Crim. And Civ. Court Cases<br>And Domestic Matters,<br>And Tort Claims, |

Now Comes, Joseph Marion Head Junior Reg. No. 17549-056, who is the petitioner in the above entitled cause and movant herein, who himself pro se respectfully moves the court as related herein above. Said respond be ordered filed and served with 30 days or less as ordered by the court or the respondent be charged with Kidnapping Movant, unceiling him when entitled to Habeascorpus Relief and other relief by failing to fully respond prior and as ordered hereto.

Movant, is and was kidnapped by