United States District Court
For The District of Boston, Mass.
1 Courthouse Way – Suite 2300
Boston – Mass. – 02210 – 3002

Joseph Marion Head Junior
Reg. No. 17549-056
VS
David L. Winn –
Warden – F.M.C. Devens
Respondent

Case Number
04CV40042 RGS

Objection And Exception To The Responds Of Respondent Dated 7-14-04 As Not Having Been Timely Made Nor Timely Filed Therefore Can Not Be Excepted Or Used To The Prejudice of Petitioner. As The Court Did Not Grant And Order An Extention of Time For The Filing Of The Responds. Judgment of Default Must Be Entered In Favor Of Petitioner, To The Prejudice of Respondent.

Joseph Marion Head Junior 17549-056
7-21-04
N-4 – Cell 421, F.M.C. Devens, P.O. Box 879
Ayer, Ma. 01432.