UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40042- RGS
CIVIL ACTION NO. 04-40084- RGS

JOSEPH MARION HEAD

v.

DAVID L. WINN

ORDER OF DISMISSAL
AND INJUNCTION

September 17, 2004

STEARNS, D.J.

The petition for writ of habeas corpus (04-CA-40042) will be DISMISSED for want of subject matter jurisdiction. Even assuming that there is some colorable merit to petitioner's claims, which is very doubtful, petitioner has failed to exhaust readily available administrative remedies provided by the Bureau of Prisons. Further, with regard to 04-CA-40084, petitioner having failed to show good cause why he should not be enjoined from filing further petitions without leave of court, the court ORDERS the Clerk to docket no further filings submitted by petitioner without the prior approval of the court.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE